NORA MANNING, as Executrix of JEREMIAH C. MANNING, Deceased, Appellant, *v.* MARY J. GRANT, Respondent.

Reported below, 142 App. Div. 921.
(Argued April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third

judicial department, entered January 14, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover personal property alleged to constitute part of the estate of plaintiff's testator.

The motion was made upon the ground that the Appellate Division had unanimously decided the verdict was supported by the evidence and that the exceptions were frivolous.

*Nelson L. Robinson* for motion.

*Adelbert N. Boynton* opposed.

Motion denied, with ten dollars costs.